STUART H. SANDHAUS, APC
Stuart H. Sandhaus, Esq.
St. Bar No. 146525
Los Rios Historic District
31901 Los Rios Street
San Juan Capistrano, CA 92675
Tel. (949) 481-0236; Fax. (949) 481-0238
e-mail: lawsandhaus1@cox.net

Attorney for Plaintiff James Barron

UNITED STATES DISTRICT COURT

CENTAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BARRON,<br><br>        Plaintiff,<br><br>vs.<br><br>ASHLAND INC., a Kentucky Corporation, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation; PRUDENTIAL FINANCIAL, a New Jersey Corporation; THE LONG TERM DISABILITY PLAN OF ASHLAND INC. and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. CV 10-1301 SJO (VBKx)<br><br>(Honorable S. James Otero)<br><br>COUNSELS' JOINT FOLLOW-UP REQUEST TO ESTABLISH AN INTENDED DECISION DATE IN A SUBMITTED MATTER PURSUANT TO LOCAL RULE 83-9.4 FOLLOW-UP DUTY OF COUNSEL |

TO THE HONORABLE AUDREY B. COLLINS, CHIEF JUDGE:

    Pursuant to Local Rule 83-9.4 Follow-Up Duty of Counsel, "In the event the Court fails timely to make its decision or to advise the parties on an intended decision date, as required by L.R 83-9.3, counsel shall then file a joint request with the Chief Judge to establish an intended decision date. A copy of such request shall be filed in

1
COUNSELS' JOINT FOLLOW-UP REQUEST TO ESTABLISH AN INTENDED DECISION DATE IN A SUBMITTED MATTER PURSUANT TO LOCAL RULE 83-9.4 FOLLOW-UP DUTY OF COUNSEL

the case." Counsel filed a Joint Request for a Decision in a Submitted Matter Pursuant to Local Rule 83-9.2 Duty of Counsel on July 15, 2011 (Docket #56.) Therefore, in accordance with the foregoing, counsel jointly and respectfully requests the Chief Judge to establish an intended decision date.

Respectfully submitted,

Stuart H. Sandhaus, APC

Date: August 14, 2011     By: /s/ *Stuart H. Sandhaus*
Stuart H. Sandhaus, Esq.
Counsel for Plaintiff James Barron

DINSMORE & SHOHL LLP

Date: August 16, 2011     By: /s/ *Trevor E. Gillette*
Trevor E. Gillette, Esq.
Counsel for Defendants

2
COUNSELS' JOINT FOLLOW-UP REQUEST TO ESTABLISH AN INTENDED DECISION DATE IN A SUBMITTED MATTER PURSUANT TO LOCAL RULE 83-9.4 FOLLOW-UP DUTY OF COUNSEL

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2011, I caused a copy of **COUNSELS' JOINT FOLLOW-UP REQUEST TO ESTABLISH AN INTENDED DECISION DATE IN A SUBMITTED MATTER PURSUANT TO LOCAL RULE 83-9.4 FOLLOW-UP DUTY OF COUNSEL** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:

Martha Doty (State Bar No. 143287)
Nicole C. Rivas (State Bar No. 179337)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
nicole.rivas@alston.com

Stuart H. Sandhaus, APC

_//s/Stuart H. Sandhaus_
Counsel for Plaintiff
James Barron