**STUART H. SANDHAUS, APC**
Stuart H. Sandhaus, Esq.
St. Bar No. 146525
Los Rios Historic District
31901 Los Rios Street
San Juan Capistrano, CA 92675
Tel. (949) 481-0236; Fax. (949) 481-0238
e-mail: lawsandhaus1@cox.net

JS-6

**Attorney for Plaintiff James Barron**

# UNITED STATES DISTRICT COURT

# CENTAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BARRON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ASHLAND INC., a Kentucky Corporation, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation; PRUDENTIAL FINANCIAL, a New Jersey Corporation; THE LONG TERM DISABILITY PLAN OF ASHLAND INC. and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 10-01301 SJO (VBKx)<br><br>The Honorable S. James Otero<br><br>**AMENDED JUDGMENT** |

///
///
///
///
///
///

1

1  Pursuant to the Findings of Fact and Conclusions of Law entered by the Court on
2  October 21, 2011,
3      IT IS HEREBY ORDERED AND ADJUDGED AND DECREED that Plaintiff
4  James Barron ("Plaintiff") shall have judgment against Defendants Ashland Inc., The
5  Prudential Insurance Company of America, Prudential Financial, and The Long Term
6  Disability Plan of Ashland Inc. on Plaintiff's ERISA claim for Long Term Disability
7  benefits and Collateral benefits.
8      IT IS FURTHER ORDERED AND ADJUDGED AND DECREED that Plaintiff is a
9  prevailing ERISA plaintiff and is therefore entitled to attorney's fees, costs of suit, and
10  prejudgment interest.
11  DATED: 11/28/11

_____
S. James Otero
UNITED STATES DISTRICT JUDGE